*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided July 13, 2000

### JACK L. ROSENBLIT, TRUSTEE *v.* BARBARA WILLIAMS ET AL.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Lawrence S. Hillman,* in support of the petition.

*Stuart M. Katz,* in opposition.

Decided July 13, 2000

### ROSELANDE REJOUIS, ADMINISTRATRIX (ESTATE OF JEAN CLAUDE BOITEUX) *v.* GREENWICH TAXI, INC., ET AL.

*Mark F. Katz,* in support of the petition.

*Laurel Fedor,* in opposition.

Decided July 13, 2000

### JOSEPH WASHINGTON *v.* SCHEUSTER CHRISTIE

*Andrew J. O'Keefe* and *Joseph M. Busher, Jr.,* in support of the petition.

*Kathryn A. Calibey,* in opposition.

Decided July 13, 2000

STATE OF CONNECTICUT *v.* DAVID WRIGHT

*Kirstin B. Coffin,* in support of the petition.

*John A. East III,* assistant state's attorney, in opposition.

Decided July 13, 2000

HARTFORD INSURANCE COMPANY *v.* COLONIA
INSURANCE COMPANY

*Stuart G. Blackburn,* in support of the petition.

*Daniel P. Scapellati, Mark R. Cramer* and *Kathleen
A. St. Onge,* in opposition.

Decided July 13, 2000

STATE OF CONNECTICUT *v.* AUGUSTUS J. SIMMONS